Appeal by the father from an order of the Family Court, Kings County (Robert Mulroy, J.), dated September 29, 2016. The order denied, as untimely, the father’s objections to an order of support of that court (Mima Mompelas, S.M.) dated May 13, 2016, which, inter alia, directed him to pay the mother basic child support and child care expenses in the total sum of $563.65 per week.
 

 Ordered that the order dated September 29, 2016, is affirmed, with costs.
 

 The parties have one child together. In an order of support dated May 13, 2016, the Support Magistrate directed the father to pay the mother basic child support and child care expenses in the total sum of $563.65 per week. The father filed objections to the order of support. In an order dated September 29, 2016, the Family Court denied the father’s objections as untimely. The father appeals.
 

 On this record, the Family Court properly denied the father’s objections to the order of support as untimely, as they were filed more than 35 days after the order of support was mailed to him (see Family Ct Act § 439 [e]; Matter of Verzhbo v Grubelich, 147 AD3d 864 [2017]; Matter of Ferrante v Bantis, 143 AD3d 984 [2016]; Matter of Yalvac v Williams, 131 AD3d 622 [2015]; Matter of Bodouva v Bodouva, 53 AD3d 483 [2008]).
 

 In light of our determination, we do not reach the father’s remaining contentions.
 

 Mastro, J.P., Leventhal, Maltese and Brathwaite Nelson, JJ., concur.